### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

LUVICIE WILLIAMS                                                                              PLAINTIFF

V.                                              NO. 1:10CV00037 JTR

MICHAEL J. ASTRUE,                                                                      DEFENDANT
Commissioner, Social
Security Administration

### JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED THIS 26th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE